IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| JOHN MARK WHATLEY | § | |
| VS. | § | CIVIL ACTION NO. 1:17cv176 |
| ZENA STEPHENS | § | |

## ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

John Mark Whatley, proceeding *pro se*, filed the above-styled civil rights lawsuit. The court referred this matter to the Honorable Keith F. Giblin, United States Magistrate Judge, for consideration pursuant to applicable orders of this court. The Magistrate Judge submitted a Report and Recommendation of United States Magistrate Judge recommending this case be dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41(b).

The court has received and considered the Report and Recommendation of United States Magistrate Judge, along with the record and pleadings. No objections to the Report and Recommendation were filed by the parties.

## ORDER

Accordingly, the findings of fact and conclusions of law of the Magistrate Judge are correct and the report of the Magistrate Judge is **ADOPTED**. A final judgment shall be entered dismissing this lawsuit.

The dismissal of this lawsuit is based on plaintiff's failure to provide the court with certain financial information. If plaintiff wishes to have this case reinstated, he may do so by providing the court with the financial information within 60 days of the date set forth below.

**So Ordered and Signed**
**Feb 23, 2018**

_____
Ron Clark, United States District Judge